IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 16 PM 6:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>       Plaintiff, )<br> )<br>VS )<br> )<br>ADAM GAGNIER )<br>       Defendant. )<br> ) | CR. NO. 05-20443-D |

ORDER ON GUILTY PLEA

   This cause came on to be heard on December 14, 2005, the United States Attorney for this District, Stephen C. Parker, appearing for the Government and the defendant, Adam Gagnier, appearing in person and with counsel, Larry E. Copeland, Jr., representing the defendant.

   With leave of the Court and through counsel, the defendant entered a plea of guilty to Counts 1 and 2 of the Information. Plea Colloquy was held and the Court accepted the guilty plea.

   **SENTENCING** is hereby **SET** on **MONDAY, JUNE 5, 2006, at 1:30 P.M., in Courtroom No.3, on the 9th floor before Judge Bernice B. Donald.**

   The defendant is allowed to remain released on present bond.

   **ENTERED** this the __16__ day of December, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20443 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT